IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAUREN DE CAMARA, SASHA KACHRU, and ESÉNIA BAÑUELOS,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 25-2287 |
| | : | |
| **BRYN MAWR COLLEGE, THE BOARD OF TRUSTEES OF BRYN MAWR COLLEGE** | : | |

# ORDER

**AND NOW**, this 26th day of September 2025, upon considering Defendants' Motion to dismiss (ECF 18) the amended Complaint (ECF 17), Plaintiffs' Opposition (ECF 19), Defendants' Reply (ECF 20), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendants' Motion to dismiss (ECF 18) is **GRANTED in part** and **DENIED in part** requiring we:

1. **DISMISS** with prejudice claims for deliberate indifference under Title III (Count XIII);

2. **DISMISS** claims with leave to amend as warranted under Rule 11 consistent with our schedule following the initial pretrial conference:

    a. for breach of contract (Counts VIII–XI);

    b. for negligent infliction of emotional distress (Count XII);

    c. under Title III brought by Mses. Kuelgen, Bañuelos, Richards-Cordell, and Aoki for lack of standing (Counts V–VII); and

d.  under Title III brought by Ms. De Camara and Ms. Bañuelos for failure to state a claim (Count IV);

3. **Strike** claims on behalf of unidentified Jane Does without prejudice (paragraphs 88–92) as well as a separate redundant count for "Class Claim" (Count XIV) (without striking Plaintiffs' allegations as to class treatment (paragraphs 93–99);

4. **Amend** the caption as above to reflect the parties remaining after today's Order; and,

5. **Grant** Defendants leave to Answer the remaining allegations and Title III claims no later than **October 10, 2025:**

a. Ms. De Camara's Title III claim relating to virtual attendance accommodations (Count I);

b. Mses. De Camara, Kachru, and Bañuelos's Title III claim relating to testing and course assignment accommodations (Count II); and,

c. Mses. De Camara and Kachru's Title III claim relating to priority registration. (Count III)**.**

_____
**KEARNEY, J.**