IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAUREN DE CAMARA, SASHA KACHRU, and ESÉNIA BAÑUELOS** | : : : : | **CIVIL ACTION** |
| **v.** | : : | **NO. 25-2287** |
| **BRYN MAWR COLLEGE, THE BOARD OF TRUSTEES OF BRYN MAWR COLLEGE** | : : : : | |

# ORDER

**AND NOW**, this 8th day of December 2025, upon considering Plaintiffs' Motion to amend along with a proposed second amended Complaint and supporting documents (ECFs 33, 34, 35, 36, 37), Defendants' Opposition (ECF 39), and for reasons in today's accompanying Memorandum, it is **ORDERED** Plaintiffs' Motion to amend (ECF 37) is **GRANTED in part** and **DENIED in part** requiring we:

1. **GRANT:**

    a. Plaintiffs leave to file a second amended Complaint by **December 10, 2025** adding Student Kuelgen and with remaining proposed claims of (1) former-Student De Camara's claim for failure to provide virtual attendance accommodation under Title III (proposed Count I), (2) former-Student De Camara's and Student Bañuelos's claims for failure to provide testing and course assignment accommodations under Title III (proposed Count II), (3) former-Student De Camara's and Student Bañuelos's claims for failure to permit priority registration under Title III (proposed Count III), (4) Student Kuelgen's claim for failure to provide transportation accommodations under Title III (proposed Count IV), (5) former-Student Richards-Cordell's claim for failure to provide dietary accommodations under Title III (proposed Count V in part),

(6) former-Students Richards-Cordell's and De Camara's breach of contract claims based on failure to provide dietary accommodations (proposed Count VII), (7) former-Student De Camara's breach of contract claim for failure to provide academic accommodations (proposed Count IX), (8) former-Student De Camara's and Student Bañuelos's claims for breach of contract based on retaliation (proposed Count X); and,

      b. Defendants leave to respond to the timely narrowed second amended Complaint by no later than **December 22, 2025**.

    2.    **DENY** leave to amend to add:

      a. Former-Student De Camara's claim for failure to provide dietary accommodations (proposed Count V in part) and claim for failure to provide access to psychiatric and counseling services (proposed Count VI) under Title III;

      b. Students Kuelgen's and Bañuelos's breach of contract claims based on failure to provide transportation and physical infrastructure accessibility (proposed Count VIII) and former-Student Kachru's and Student Bañuelos's breach of contract claims based on failure to provide mental health services (proposed Count IX);[1]

      c. to plead mental anguish damages arising from breach of contract claims; and,

---

[1] The Students' proposed second amended Complaint includes two "Count IX." ECF 33-1 at 44–45. We dismiss the mis-numbered Count IX: Failure to Provide Mental Health Services. ECF 33-1 at 45 ¶¶ 155–59.

      d. claims on behalf of unidentified Jane Does without prejudice (proposed paragraphs 80–84) as well as separate redundant counts for "Class Claim[s]" (proposed Counts XI, XII).

                                                          _/s/ Kearney_
                                                          **KEARNEY, J.**