**Eden P. Quainton**

**Quainton Law, PLLC**
2 Park Ave., 20th Fl.
New York, NY 10016
245 Nassau St.
Princeton, NJ 08540

Telephone (212) 419-0575, (609) 356-0526
Cell: (202) 360-6296
Eden.quainton@quaintonlaw.net

November 4, 2025

**VIA ECF**

The Honorable Mark Kearney
Judge, United States District Court
Room 6613, U.S. District Courthouse
601 Market St.
Philadelphia, PA 19106

Re: *DeCamara et al., v. Bryn Mawr College, et al., -- 25-cv-2287*
Request for Leave to File
Third Amended Compliant

Dear Judge Kearney

I represent the Plaintiffs in the above-captioned matter. On February 24, 2026 Plaintiffs filed a Motion for Leave to File a Third Amended Complaint. Dkt. 48. I inadvertently forgot to attach the clean and redlined versions of the proposed new pleading in accordance with your Honor's rules. Accordingly, your Honor denied the Motion. I apologize for the error and I am resubmitting the motion with the compliant clean and redlined exhibits.

I thank your Honor for your courtesies.

Respectfully submitted,

*Eden P. Quainton*
Eden P. Quainton