IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAUREN DE CAMARA, ESÉNIA BAÑUELOS, HOPE RICHARDS CORDELL** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| | : | |
| **v.** | : | **NO. 25-2287** |
| | : | |
| **BRYN MAWR COLLEGE, THE BOARD OF TRUSTEES OF BRYN MAWR COLLEGE** | : | |
| | : | |
| | : | |

## ORDER

**AND NOW**, this 3rd day of April 2026, upon considering Defendants' Motion for summary judgment (ECF 63), Plaintiffs' Opposition (ECF 65), entering this Order following deferred dispositive motions while mindful of the parties' obligations beginning the next business day after a holiday weekend under our October 15, 2026 Order (ECF 28), having now studied the arguments and citations to adduced evidence in Defendants' Motion and amended Appendix (ECF 63, 70), Plaintiffs' Opposition and supporting Declarations (ECFs 65, 66, 67), and finding no genuine issue of material fact precluding judgment as a matter of law based on the asserted arguments, it is **ORDERED** we:

1.      **GRANT** Defendants' Motion for summary judgment (ECF 63) as a matter of law as will be fully explained in a forthcoming Memorandum;[1]

2.      **DENY** Plaintiffs' Motion (ECF 72) for leave to move for class certification at least eighty days after the January 12, 2026 deadline (ECF 28) as moot and further finding the asserted ground for delay arising from "the realities of discovery" (ECF 72 at 2) for a case filed on May 5, 2025 with several months' notice of the January 12, 2026 filing obligations is not good cause for this extraordinary amendment of long-standing obligations;

3.      **DENY** Defendants' Motion to exclude under Rule 702 (ECF 75) as moot;

4.      **REMIND** the parties of their continuing obligations to timely comply with our April 2, 2026 Orders to clarify the record (ECFs 73, 74); and,

5.      **DIRECT** the Clerk of Court **CLOSE** this case.

**KEARNEY, J.**

---

[1] We enter this Order this morning (and briefly defer the filing of a fulsome Memorandum) as a courtesy to counsel and their paraprofessionals and staffs before a holiday weekend immediately before their obligations to file pretrial papers beginning on the next business day (Monday, April 6) for the long-scheduled April 20, 2026 trial set on October 15, 2026. ECF 28. We afforded the parties two extensions of discovery deadlines set over six months ago in our February 7 and March 13, 2026 Orders (ECFs 58, 62) leading to deferred briefing of summary judgment issues.